United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA CORP.; FIRST DATA RESOURCES; and FIRST DATA MERCHANT SERVICES CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM <br> _____/ | No. C 02-1786 JSW <br><br> **ORDER DENYING FIRST DATA'S ADMINISTRATIVE REQUEST** |

Having reviewed the miscellaneous administrative request filed by First Data Corp. ("First Data") on January 7, 2005, and the response thereto filed by Visa U.S.A. Inc. ("Visa") on January 12, 2005, it is HEREBY ORDERED that First Data's request to file a motion for partial summary judgment on Visa U.S.A.'s trademark claims is DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2005                                    /s/ Jeffrey S. White
                                                                      JEFFREY S. WHITE
                                                                      UNITED STATES DISTRICT JUDGE