| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773) |
|   | DAVID P. CHIAPPETTA (SBN 172099) |
| 3 | JONATHAN P. HERSEY (SBN 189240) |
|   | Three Embarcadero Center |
| 4 | San Francisco, California  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | Attorneys for Defendants and Counterclaimants |
| 6 | FIRST DATA CORPORATION, FIRST DATA |
|   | RESOURCES INC.  AND FIRST DATA MERCHANT |
| 7 | SERVICES CORPORATION. |

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | VISA U.S.A.  INC., a Delaware corporation, | No.  C 02-1786 JSW (EMC) |
| 14 | Plaintiff, | **ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION TO COMPEL VISA U.S.A. TO PRODUCE DOCUMENTS RESPONSIVE TO FIRST DATA'S REQUEST FOR PRODUCTION NOS. 201-203 AND 206 (4TH SET OF REQUESTS FOR PRODUCTION) AND SUPPORTING DECLARATION** |
| 15 | v. | |
| 16 | FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |
| 21 | AND RELATED COUNTERCLAIM. | The Honorable Edward M. Chen |
|    |                             | Date:       TBD |
|    |                             | Time:       TBD |
| 22 |                             | Location:   Courtroom C, 15th Floor |

ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF
FIRST DATA'S MOTION TO COMPEL AND SUPPORTING DECLARATION
CASE NO. C 02-1786 JSW (EMC)

SF/21606513.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Defendants and Counterclaimants First Data Corporation, First Data Resources
3  Inc. and First Data Merchant Services Corporation (collectively "First Data"), respectfully
4  request an Order sealing portions of *First Data's Notice of Motion and Motion to Compel Visa*
5  *U.S.A. to Produce Documents Responsive to First Data's Request for Production Nos. 201-203*
6  *and 206 (4th Set of Requests for Production)* ("the Motion") and the *Declaration of David P.*
7  *Chiappetta in Support of First Data's Notice of Motion and Motion to Compel Visa U.S.A. to*
8  *Produce Documents Responsive to First Data's Request for Production Nos. 201-203 and 206*
9  *(4th Set of Requests for Production)* ("the Declaration"), lodged with the Court, pursuant to Civil
10 Local Rules 7-10 and 79-5, and the January 27, 2003 Protective Order.

11 Good cause exists for filing portions of the Motion and the Declaration under seal.
12 The Declaration attaches as Exhibit J excerpts from the rough transcript of the deposition
13 testimony of Visa's Vice President of Finance, Victor Dahir.  Visa designated the entire
14 deposition testimony of Mr. Dahir as confidential material pursuant to the Protective Order.
15 Accordingly, First Data is required to request that the Court file the Declaration under seal.  *See*
16 Protective Order at ¶ 14.  First Data describes the contents of the testimony in its Motion, and
17 therefore requests that the Court file the Motion under seal as well.  First Data will file redacted
18 versions of the Motion and the Declaration to be placed in the public record.  A Proposed Order
19 is submitted with this motion.

20 DATED:  March 2, 2005                     Respectfully submitted,
21                                           BINGHAM McCUTCHEN LLP
22
23
24                                           By: _____/s/_____
                                                         Deborah A. Adler
25                                           Attorneys for Defendants and Counterclaimants
                                             FIRST DATA CORPORATION, FIRST DATA
26                                           RESOURCES INC.  AND FIRST DATA
                                             MERCHANT SERVICES CORPORATION
27
28

ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF
FIRST DATA'S MOTION TO COMPEL AND SUPPORTING DECLARATION
CASE NO. C 02-1786 JSW (EMC)

SF/21606513.1