| | |
|---|---|
| 1 | M. LAURENCE POPOFSKY (No. 33946) |
| 2 | STEPHEN V. BOMSE (No. 40686) |
|   | HEATHER N. LEAL (No. 184232) |
| 3 | HELLER EHRMAN LLP |
|   | 333 Bush Street |
| 4 | San Francisco, CA 94104-2878 |
|   | Telephone: (415) 772-6000 |
| 5 | Facsimile: (415) 772-6268 |
| 6 | ROBERT J. VIZAS (No. 56187) |
| 7 | ROBERT L. STOLEBARGER (No. 230495) |
|   | RICHARD J. MOONEY (No. 176486) |
| 8 | HOLME ROBERTS & OWEN LLP |
|   | One Maritime Plaza, Suite 2400A |
| 9 | San Francisco, CA 94111-3404 |
|   | Telephone: (415) 268-2000 |
| 10 | Facsimile: (415) 268-1999 |
| 11 | Attorneys for Plaintiff and Counterdefendant |
|    | VISA U.S.A. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation, | Case No.: C 02-1786 (JSW) |
| Plaintiff and Counterdefendant, | **[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND EXHIBITS F THROUGH J AND EXHIBIT O TO THE SUPPORTING DECLARATION OF M. LAURENCE POPOFSKY** |
| v. | |
| FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, | |
| Defendants and Counterclaimants. | |
| | The Honorable Jeffrey S. White |
| | Hearing Date: May 13, 2005 |
| | Time: 9:00 a.m. |
| | Place: 450 Golden Gate Ave. Courtroom 17, 16th Floor |
| | Trial Date: None |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND EXHIBITS F THROUGH J AND EXHIBIT O TO THE SUPPORTING DECLARATION OF M. LAURENCE POPOFSKY, Case No.: C 02-1786 (JSW)

|   |   |
|---|---|
| 1 | Having reviewed Visa U.S.A. Inc.'s Administrative Request to File Under Seal Portions of |
| 2 | Visa's Opposition to First Data's Motion for Sanctions Pursuant to FRCP 11 and Exhibits F |
| 3 | through J and Exhibit O to the Supporting Declaration of M. Laurence Popofsky ("Visa's Request |
| 4 | to File Under Seal"), and good cause appearing therefor, Visa's Request to File Under Seal is |
| 5 | hereby GRANTED. |
| 6 | IT IS SO ORDERED. |

DATED: April 25, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND EXHIBITS F THROUGH J AND EXHIBIT O TO THE SUPPORTING DECLARATION OF M. LAURENCE POPOFSKY, Case No.: C 02-1786 (JSW)