| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773)<br>DAVID P. CHIAPPETTA (SBN 172099) |
| 3 | VICTORIA WONG (SBN 214289)<br>Three Embarcadero Center |
| 4 | San Francisco, California 94111-4067<br>Telephone: 415.393.2000 |
| 5 | Facsimile: 415.393.2286<br>Attorneys for Defendants and Counterclaimants |
| 6 | FIRST DATA CORPORATION, FIRST DATA<br>RESOURCES INC. AND FIRST DATA MERCHANT |
| 7 | SERVICES CORPORATION. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND SUPPORTING DECLARATION**<br><br>Date: May 13, 2005<br>Time: 9:00 a.m.<br>Place: Courtroom 17, 16th Floor<br>Judge: Honorable Jeffrey S. White |

No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF
REPLY IN SUPPORT OF FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND
SUPPORTING DECLARATION

The Court considered the unopposed *Administrative Request to File Under Seal Portions of Reply in Support of First Data's Motion for Sanctions Pursuant to FRCP 11 and Supporting Declaration*.  For good cause appearing:

IT IS HEREBY ORDERED that the Administrative Request is GRANTED.  The *Reply in Support of First Data's Motion for Sanctions Pursuant to FRCP 11* and the *Declaration of Aaron Schur in Support of Reply in Support of First Data's Motion for Sanctions* shall be filed under seal.

DATED:  May 1, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge

No.  C 02-1786 JSW (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF FIRST DATA'S MOTION FOR SANCTIONS PURSUANT TO FRCP 11 AND SUPPORTING DECLARATION