**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A., INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>FIRST DATA CORPORATION, *et al.*,<br><br>            Defendants.<br>_____/ | No. C-02-1786 JSW (EMC)<br><br>**ORDER RE DEFENDANT'S LETTER OF MAY 5, 2005**<br>**(Docket No. 745)** |

   On May 5, 2005, First Data filed a letter brief with the Court regarding a discovery dispute about the expert testimony of eight Visa employees. *See* Docket No. 745. Visa filed a letter brief in response the following day. *See* Docket No. 746.

   Having reviewed the parties' letters, the Court hereby orders the parties to meet and confer immediately regarding the discovery dispute. If there are any unresolved issues after the meet and confer, then the parties shall file cross-briefs on the matter(s), each no longer than five pages. The briefs shall be filed by 5:00 p.m. on May 9, 2005. The dispute will then be addressed on May 11, 2005, at 10:30 a.m.

   IT IS SO ORDERED.

Dated: May 6, 2005

                                     /s/
                                     EDWARD M. CHEN
                                     United States Magistrate Judge