| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773) |
|   | FRANK M. HINMAN (SBN 157402) |
| 3 | DAVID P. CHIAPPETTA (SBN 172099) |
|   | TODD A. PICKLES (SBN 215629) |
| 4 | Three Embarcadero Center |
|   | San Francisco, California  94111-4067 |
| 5 | Telephone:  415.393.2000 |
|   | Facsimile:  (415) 393-2286 |
| 6 | |
|   | Attorneys for Defendants and Counterclaimants |
| 7 | First Data Corporation, First Data Resources Inc., and |
|   | First Data Merchant Services Corporation |
| 8 | |

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

12

| | | |
|---|---|---|
| 13 | VISA U.S.A. INC., a Delaware corporation,, | No. C 02-1786-JSW (EMC) |
| 14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO HEAR FIRST DATA'S MOTION FOR ORDER COMPELLING VISA TO SERVE AMENDED RESPONSES TO FIRST DATA'S REQUESTS FOR ADMISSION AND MOTION FOR AWARD OF COSTS AND FEES INCURRED IN COMPELLING VISA TO SERVE AMENDED ANSWERS TO FIRST DATA'S REQUESTS FOR ADMISSION** |
| 15 | v. | |
| 16 | FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | **[CIV.L.R. 6-1(b); 6-2]** |
| 21 | | |
| 22 | AND RELATED COUNTERCLAIM. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Case No. C 02-1786-JSW (EMC)

STIPULATION AND ~~PROPOSED~~ ORDER SHORTENING TIME

SF/21624252.1

**STIPULATION**

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12 of the Northern District of California, defendant and counterclaimants First Data Corporation, First Data Resources Inc., and First Data Merchant Services Corporation's (collectively "First Data") and plaintiff and counter-defendant Visa U.S.A., Inc. ("Visa") stipulate as follows:

1. First Data intends to file a motion to compel Visa to serve amended responses to First Data's Requests for Admission, and a motion for an award of the costs and fees incurred in bringing that motion. First Data shall file its motions on June 28, 2005.

2. Visa may file an opposition to First Data's motions on or before Tuesday, July 5, 2005.

3. First Data may file a reply in support of its motions by Friday, July 8, 2005.

4. The parties request a hearing on the matter on Wednesday, July 13, 2005, at 10:30 a.m., in Courtroom C, before the Honorable Edward M. Chen, at 450 Golden Gate Avenue, San Francisco, California, or as soon after as may be heard.

5. The parties desire a prompt resolution to this discovery dispute so that it will not interfere with expert discovery or any dispositive motions which may be filed. Therefore, the parties respectfully request that the foregoing schedule be approved.

IT IS SO STIPULATED.

| | |
|---|---|
| 1  DATED:  June 28, 2005 | |
| 2 | BINGHAM McCUTCHEN LLP |
| 4 | By:            /s/  Todd A. Pickles |
| 5 | Todd A. Pickles |
|   | Attorneys for Defendants and Counterclaimants |
| 6 | First Data Corporation, First Data Resources |
|   | Inc., and First Data Merchant Services |
| 7 | Corporation |
| 8  DATED:  June 28, 2005 | |
|    | HOLME ROBERTS & OWEN LLP |
| 11 | By:            /s/  Richard J. Mooney |
| 12 | Richard J. Mooney |
|    | Attorneys for Plaintiff and Counter-defendant |
|    | Visa U.S.A., Inc. |

2    Case No. C 02-1786-JSW (EMC)

STIPULATION AND ~~PROPOSED~~ ORDER SHORTENING TIME

SF/21624252.1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | This matter came before the Court on the parties' stipulation to shorten time to |
| 3 | hear First Data's Motion for Order Compelling Visa to Serve Amended Answers to First Data's |
| 4 | Requests for Admission, and First Data's Motion for Order Awarding Costs and Fees Incurred in |
| 5 | Compelling Visa to Serve Amended Answers to First Data's Requests for Admission. |
| 6 | The Court finds good cause to shorten time so that the resolution of this dispute |
| 7 | will not interfere with expert discovery or any dispositive motions that the parties may file. |
| 8 | Accordingly, |
| 9 | IT IS HEREBY ORDERED THAT First Data's Motion for Order Compelling |
| 10 | Visa to Serve Amended Answers to First Data's Requests for Admission, and First Data's |
| 11 | Motion for Order Awarding Costs and Fees Incurred in Compelling Visa to Serve Amended |
| 12 | Answers to First Data's Requests for Admission shall be heard by the Court on Wednesday, July |
| 13 | 13, 2005 at 10:30 a.m.  The briefing schedule proposed by the parties is adopted. |
| 14 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 15 | DATED: __June 29__, 2005 |

_____
Hon. [Edward M. Chen]
United States Magistrate Judge
Northern District of California

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]