1  BINGHAM McCUTCHEN LLP
   GERALDINE M. ALEXIS (SBN 213341)
2  BETH H. PARKER (SBN 104773)
   DAVID P. CHIAPPETTA (SBN 172099)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: 415.393.2000
   Facsimile: 415.393.2286
5
   Attorneys for Defendants and Counterclaimants
6  FIRST DATA CORPORATION, FIRST DATA
   RESOURCES INC. AND FIRST DATA MERCHANT
7  SERVICES CORPORATION.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  VISA U.S.A. INC., a Delaware corporation, | No. C 02-1786 JSW (EMC) |
| 14     Plaintiff, | UNOPPOSED<br>[PROPOSED] ORDER GRANTING |
| 15     v. | ADMINISTRATIVE REQUEST TO<br>FILE UNDER SEAL PORTIONS OF |
| 16  FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a | FIRST DATA'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT |
| 17  Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a | OF VISA'S TRADEMARK CLAIMS<br>AND SUPPORTING DECLARATION |
| 18  Florida Corporation, | Date: August 5, 2005 |
| 19     Defendants. | Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor |
| 20 | Judge: Honorable Jeffrey S. White<br>Trial Date: None |
| 21  AND RELATED COUNTERCLAIMS. | |

22

23

24

25

26
                                                              No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF
FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS
AND SUPPORTING DECLARATION
SF/21624345.1

1  The Court considered the unopposed *Administrative Request to File Under Seal Portions of First Data's Motion for Partial Summary Judgment of Visa's Trademark Claims and Supporting Declaration.* For good cause appearing:

2  IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First Data's Motion for Partial Summary Judgment of Visa's Trademark Claims* and the *Declaration of Aaron Schur in Support of First Data's Motion for Partial Summary Judgment of Visa's Trademark Claims* shall be filed under seal.

DATED: July 5, 2005

/s/ Jeffrey S. White
_____
Hon. Jeffrey S. White
United States District Court Judge

No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS AND SUPPORTING DECLARATION

SF/21624345.1