UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants and Counterclaimants.<br><br>AND RELATED COUNTERCLAIM | Case No.: C 02-1786 (JSW)<br><br>**[PROPOSED]** ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AS TO AUTHORIZATION, CLEARING AND SETTLEMENT OF VISA TRANSACTIONS AND EXHIBITS A AND B TO THE SUPPORTING DECLARATION OF HEATHER N. LEAL<br><br>The Honorable Jeffrey S. White<br><br>Hearing Date: August 5, 2005<br>Time: 9:00 a.m.<br>Place: 450 Golden Gate Ave.<br>Courtroom 2, 17th Floor<br>Trial Date: None |

1  Having reviewed Visa's Administrative Request To File Under Seal Portions of Visa's
2  Motion for Partial Summary Judgment Establishing That Visa Is a Single Entity as to
3  Authorization, Clearing and Settlement of Visa Transactions and Exhibits A and B to the
4  Supporting Declaration of Heather N. Leal ("Visa's Request to File Under Seal"), and good cause
5  appearing therefor, Visa's Request to File Under Seal is hereby GRANTED.
6  IT IS SO ORDERED.

DATED: __July 5, 2005__          /s/ Jeffrey S. White_____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S MOT'N FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AND EXHIBITS A AND B TO THE SUPPORTING DECLARATION OF HEATHER N. LEAL – CASE NO.: C 02-1786 (JSW)