| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773) |
| | DAVID P. CHIAPPETTA (SBN 172099) |
| 3 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 4 | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| 5 | Attorneys for Defendants and Counterclaimants |
| | FIRST DATA CORPORATION, FIRST DATA |
| 6 | RESOURCES INC. AND FIRST DATA MERCHANT |
| | SERVICES CORPORATION. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation, | No. C 02-1786 JSW (EMC) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR ADMINISTRATIVE RELIEF RE LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS AND SUPPORTING DECLARATION** |
| v. | |
| FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | Date: None<br>Time: None<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable Jeffrey S. White<br>Trial Date: None |

No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR ADMINISTRATIVE RELIEF RE LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS AND SUPPORTING DECLARATION

SF/21624402.1

1  The Court considered the unopposed *Administrative Request to File Under Seal
2  Portions of First Data's Motion for Administrative Relief Re Leave to File Second Amended
   Counterclaims and Supporting Declaration*.  For good cause appearing:
3  IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First
4  Data's Motion for Administrative Relief Re Leave to File Second Amended Counterclaims* and
5  the *Declaration of Victoria Wong in Support of First Data's Motion for Administrative Relief Re
6  Leave to File Second Amended Counterclaims* shall be filed under seal.

7  DATED:  July 6, 2005                    /s/ Jeffrey S. White
8                                          Hon. Jeffrey S. White
                                           United States District Court Judge

No.  C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF
FIRST DATA'S MOTION FOR ADMINISTRATIVE RELIEF RE LEAVE TO FILE SECOND AMENDED
COUNTERCLAIMS AND SUPPORTING DECLARATION

SF/21624402.1