1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>        Defendants. | CASE NO. C 02-1786 JSW EMC<br><br>**REVISED STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON VISA'S JUNE 2005 DISCOVERY MOTION AND ESTABLISHING BRIEFING SCHEDULE**<br><br>The Honorable Edward M. Chen<br><br>Hearing Date: July 27, 2005 (proposed)<br>Time: 3:00 p.m.<br>Courtroom: C |
| AND RELATED COUNTERCLAIM. | |

#12248 v2

1      Plaintiff Visa U.S.A. Inc. ("Visa") and Defendants First Data Corporation, First Data Resources Inc. and First Data Merchant Services Corporation (collectively, "First Data") (collectively, Visa and First Data are referred to as, the "Parties"), by and through their respective counsel of record, hereby move this Court pursuant to Northern District Civil Local Rules 6-1(b), 6-1 and 7-12 for an order shortening time for hearing on Visa's Motion to Compel Compliance With Discovery Obligations (June 2005 Motion), filed June 29, 2005 ("Visa June 2005 Motion") to allow for a hearing on **July 27, 2005**, and further modifying the deadline for First Data to file its opposition to Visa's Motion to Friday, July 15, 2005, and modifying the deadline for Visa to file its reply papers to Thursday, July 21, 2005.

     WHEREAS the Parties agree that the issues presented by Visa's June 2005 Motion are appropriate to be heard on shortened time;

     THEREFORE, the Parties agree and stipulate as follows, subject to approval by the Court:

     1. First Data's opposition to the Visa June 2005 Motion will be due at 5:00 p.m. on Friday, July 15, 2005;

     2. Visa's reply papers will be due at 5:00 p.m. on Thursday, July 21, 2005; and

[rest of page intentionally blank]

---

1

REVISED STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON DISCOVERY
MOTION AND ESTABLISHING BRIEFING SCHEDULE
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#12248 v2

3. The Visa June 2005 Motion will be heard by the Court at 3:00 p.m. on July 27, 2005.

Dated: July 6, 2005                         HELLER EHRMAN WHITE & MCAULIFFE LLP

                                            HOLME ROBERTS & OWEN LLP


                                            By:            /s/
                                                  Richard J. Mooney

                                            Attorneys for Plaintiff and Counter-Defendant
                                            VISA U.S.A. INC.

Dated: July 6, 2005                         BINGHAM MCCUTCHEN LLP


                                            By:            /s/
                                                  Jason A. Yurasek

                                            Attorneys for Defendants and Counterclaimants
                                            FIRST DATA CORPORATION, FIRST DATA
                                            RESOURCES INC., and FIRST DATA
                                            MERCHANT SERVICES CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

July  6 , 2005.

                                            _____
                                            Honorable Edward M. Chen
                                            Magistrate, U.S. District Court