UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A., INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST DATA CORPORATION, *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C-02-1786 JSW (EMC)<br><br>**ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO SEAL MOTION TO COMPEL AND PROVISIONALLY GRANTING ADMINISTRATIVE REQUEST TO SEAL MOONEY DECLARATION (Docket No. 790)** |

　　　　Visa has filed an administrative request with the Court, asking it to seal the motion to compel filed by Visa as well as the declaration of Richard Mooney in support of the motion to compel. Having reviewed the motion and declaration, the Court finds that there is good cause to seal the motion but questions whether all of the exhibits attached to the Mooney declaration should be filed under seal. For example, it does not appear that Exhibit D, E, or L was designated as confidential, and Exhibit G appears to be a public filing. Also, it is not clear that all of the correspondence between counsel involved discussion of confidential information.

　　　　Civil Local Rule 79-5(b) provides that

> [n]o document shall be filed under seal except pursuant to a Court order that authorizes the sealing of the particular document or *portion thereof* and *is narrowly tailored to seal only that material for which good cause to seal has been established*. Any order sealing any documents shall direct the sealing of only those documents or, if practicable, those portions of documents or pages, which contain the information requiring confidentiality. All other portions of such documents shall be included in the public file.

Civil L.R. 79-5(b) (emphasis added); *see also id.* Commentary ("[T]he Court will only entertain requests to seal that establish good cause and are narrowly tailored to seal only the particular information that is genuinely privileged or protectable as a trade secret or otherwise has a compelling need for confidentiality.").

     Accordingly, the Court GRANTS Visa's request to file the motion to compel under seal but only *provisionally* GRANTS the request to file the Mooney declaration (in its entirety) under seal. Visa shall meet and confer with First Data to determine which exhibits attached to the Mooney declaration actually contain confidential information; thereafter, Visa shall publicly file a redacted version of the Mooney declaration no later than July 20, 2005.

     IT IS SO ORDERED.

Dated: July 8, 2005

EDWARD M. CHEN
United States Magistrate Judge

2