M. Laurence Popofsky (CA State Bar No. 33946)
Stephen V. Bomse (CA State Bar No. 40686)
Heather N. Leal (CA State Bar No. 184232)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

Robert L. Stolebarger (CA State Bar No. 230495)
Richard J. Mooney (CA State Bar No. 176486)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO AMEND UNDER RULE 15; EXHIBITS B, C, AND D TO THE DECLARATION OF ADAM BREZINE IN SUPPORT THEREOF<br><br>Date:  None<br>Time:  None<br>Crtrm:  2, 17th Floor<br>Before the Honorable Jeffrey S. White |

For the reasons set forth in Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s Miscellaneous Administrative Request to Seal Documents, and pursuant to Civil Local Rules 7-10 and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

IT IS HEREBY ORDERED that the Administrative Request To Seal Confidential Portions of Visa's Opposition To First Data's Motion For Administrative Relief For Leave To Amend Under Rule 15; Exhibits B, C, And D to The Declaration of Adam Brezine in Support Thereof are to be filed under seal with this Court, and are hereby ORDERED Sealed.

Dated: July 11, 2005, 2005

/s/ Jeffrey S. White
The Honorable Jeffrey S White

United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO AMEND UNDER RULE 15; EXHIBITS B, C, AND D TO THE DECLARATION OF ADAM BREZINE IN SUPPORT THEREOF
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#12329 v1