```
1  BINGHAM McCUTCHEN LLP
   GERALDINE M. ALEXIS (SBN 213341)
2  BETH H. PARKER (SBN 104773)
   DAVID P. CHIAPPETTA (SBN 172099)
3  Three Embarcadero Center
   San Francisco, California  94111-4067
4  Telephone:  415.393.2000
   Facsimile:  415.393.2286
5
   Attorneys for Defendants and Counterclaimants
6  FIRST DATA CORPORATION, FIRST DATA
   RESOURCES INC. AND FIRST DATA MERCHANT
7  SERVICES CORPORATION.
8
```

9    UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  VISA U.S.A. INC., a Delaware corporation, | No. C 02-1786 JSW (EMC) |
| 14  Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS AND SUPPORTING DECLARATION** |
| 15  v. | |
| 16  FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation, | |
| 19  Defendants. | Date: August 5, 2005<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Honorable Jeffrey S. White<br>Trial Date: None |
| 20  AND RELATED COUNTERCLAIMS. | |

No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL PORTION OF FIRST DATA'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS AND SUPPORTING DECLARATION

1  The Court considered the unopposed *Administrative Request to File Under Seal*
2  *Portions of First Data's Reply in Support of Motion for Partial Summary Judgment of Visa's*
3  *Trademark Claims and Supporting Declarations*.  For good cause appearing:
4  IT IS HEREBY ORDERED that the Administrative Request is GRANTED.  *First*
5  *Data's Reply in Support of Motion for Partial Summary Judgment of Visa's Trademark Claims*,
6  and the *Declaration of Susan Welch in Support of First Data's Reply in Support of Motion for*
7  *Partial Summary Judgment of Visa's Trademark Claims* shall be filed under seal.

DATED:  July 25, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge

2  Case No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL PORTION OF FIRST
DATA'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S
TRADEMARK CLAIMS AND SUPPORTING DECLARATION

SF/21627969.1