1   BINGHAM McCUTCHEN LLP
    GERALDINE M. ALEXIS (SBN 213341)
2   BETH H. PARKER (SBN 104773)
    FRANK M. HINMAN (SBN 157402)
3   DAVID P. CHIAPPETTA (SBN 172099)
    Three Embarcadero Center
4   San Francisco, California  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286

6   Attorneys for Defendants and Counterclaimants
    FIRST DATA CORPORATION, FIRST DATA
7   RESOURCES INC. AND FIRST DATA MERCHANT
    SERVICES CORPORATION.

8

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| VISA U.S.A.  INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AND SUPPORTING DECLARATIONS**<br><br>Date:   August 5, 2005<br>Time:   9:00 a.m.<br>Place:   Courtroom 2, 17th Floor<br>Judge:   Honorable Jeffrey S. White<br>Trial Date:   None |

14
15
16
17
18
19
20
21
22
23
24
25
26

No.  C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AND SUPPORTING DECLARATIONS

SF/21624345.1

1    The Court considered the unopposed *Administrative Request to File Under Seal*

2    *Portions of First Data's Opposition to Visa's Motion for Partial Summary Judgment*

3    *Establishing that Visa Is a Separate Entity and Supporting Declarations*.  For good cause

4    appearing:

5    IT IS HEREBY ORDERED that the Administrative Request is GRANTED.  *First*

6    *Data's Opposition to Visa's Motion for Partial Summary Judgment Establishing that Visa Is a*

7    *Separate Entity*, the *Declaration of Todd Pickles in Support of First Data's Opposition to Visa's*

8    *Motion for Partial Summary Judgment Establishing that Visa Is a Separate Entity* and the

9    *Declaration of Aaron Edlin in Support of First Data's Opposition to Visa's Motion For Partial*

10   *Summary Judgment Establishing that Visa Is a Single Entity* shall be filed under seal.

11

12   DATED:  _____July 25, 2005_____                    _____/s/ Jeffrey S. White_____
                                                                    Hon. Jeffrey S. White
13                                                                  United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Case No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST
DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA
IS A SINGLE ENTITY AND SUPPORTING DECLARATIONS

SF/21624345.1