UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>         Plaintiff and Counterdefendant,<br><br>  v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>         Defendants and Counterclaimants. | Case No.:  C 02-1786 (JSW)<br><br>**[PROPOSED] ORDER GRANTING VISA U.S.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA U.S.A.'S OPPOSITION TO FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXHIBITS C AND D TO THE SUPPORTING DECLARATION OF JOANNA D. MALACZYNSKI AND EXHIBITS A THOUGH H TO THE SUPPORTING DECLARATION OF TIMOTHY MURPHY** |

Heller
Ehrman
LLP

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS, Case No.:  C 02-1786 (JSW)

Having reviewed Visa U.S.A. Inc.'s Administrative Request to File Under Seal Portions of Visa's Opposition to First Data's Motion for Partial Summary Judgment of Visa's Trademark Claims and Exhibits C through D to the Supporting Declaration of Joanna D. Malaczynski and Exhibits A though H to the Supporting Declaration of Timothy Murphy ("Visa's Request to File Under Seal"), and good cause appearing therefore under the protective order in this matter, Visa's Request to File Under Seal is hereby GRANTED.

IT IS SO ORDERED.

DATED: __July 25, 2005__          ___/s/ Jeffrey S. White_____
                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT COURT JUDGE

Heller
Ehrman
LLP

1

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF VISA'S TRADEMARK CLAIMS, Case No.: C 02-1786 (JSW)