UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants and Counterclaimants. | Case No.: C 02-1786 (JSW)<br><br>[~~PROPOSED~~] ORDER GRANTING VISA U.S.A. INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A PORTION OF VISA'S REPLY MEMORANDUM IN SUPPORT OF VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AS TO AUTHORIZATION, CLEARING AND SETTLEMENT OF VISA TRANSACTIONS AND EXHIBIT A TO THE SUPPORTING DECLARATION OF ADAM J. GROMFIN<br><br>The Honorable Jeffrey S. White<br><br>Hearing Date:  August 5, 2005<br>Time:           9:00 a.m.<br>Place:          450 Golden Gate Ave.<br>                Courtroom 2, 17th Floor<br>Trial Date:    None |
| AND RELATED COUNTERCLAIM | |

[~~PROPOSED~~] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A PORTION OF VISA'S REPLY MEM. ISO VISA'S MOT'N FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AND EXHIBIT A TO THE SUPPORTING DECLARATION OF ADAM J. GROMFIN – CASE NO.: C 02-1786 (JSW)

1    Having reviewed Visa U.S.A. Inc.'s Administrative Request to File Under Seal a Portion of
2    Visa's Reply Memorandum of Points and Authorities in Support of Visa's Motion for Partial
3    Summary Judgment Establishing That Visa Is a Single Entity as to Authorization, Clearing and
4    Settlement of Visa Transactions and Exhibit A to the Supporting Declaration of Adam J. Gromfin
5    ("Request to File Under Seal"), and good cause appearing therefor, Visa's Request to File Under
6    Seal is hereby GRANTED.
7    IT IS SO ORDERED.

DATED: July 25, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING VISA'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A PORTION OF VISA'S REPLY MEM. ISO VISA'S MOT'N FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING THAT VISA IS A SINGLE ENTITY AND EXHIBIT A TO THE SUPPORTING DECLARATION OF ADAM J. GROMFIN – CASE NO.: C 02-1786 (JSW)