BINGHAM McCUTCHEN LLP
GERALDINE M. ALEXIS (SBN 213341)
BETH H. PARKER (SBN 104773)
FRANK M. HINMAN (SBN 157402)
DAVID P. CHIAPPETTA (SBN 172099)
JASON A. YURASEK (SBN 202131)
SUSAN J. WELCH (SBN 232620)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants and Counterclaimants
FIRST DATA CORPORATION, FIRST DATA
RESOURCES INC. AND FIRST DATA MERCHANT
SERVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS AND FOR PERMISSIVE JOINDER OF UMS AS COUNTERCLAIMANT AND SUPPORTING DECLARATION**<br><br>The Honorable Jeffrey S. White<br>Date: TBA<br>Time: TBA<br>Location: Courtroom 2, 17th Floor |

1    Case No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S
MOTION FOR LEAVE TO FILE SACCs AND JOINDER AND SUPPORTING DECLARATION

SF/21631289.1

The Court considered the unopposed *Administrative Request to File Under Seal Portions Of First Data's Motion for Leave to File Second Amended Counterclaims and for Permissive Joinder of UMS as Counterclaimant* and the *Declaration of Victoria Wong in Support of First Data's Motion for Leave to File Second Amended Counterclaims and for Permissive Joinder of UMS as Counterclaimant*.  For good cause appearing:

IT IS HEREBY ORDERED that the Administrative Request is GRANTED.  First Data's Motion for Leave to File Second Amended Counterclaims and for Permissive Joinder of UMS as Counterclaimant and the Declaration of Victoria Wong in support thereof shall be filed under seal.

DATED: August 16, 2005

_____
Honorable Jeffrey S. White
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR LEAVE TO FILE SACCs AND JOINDER AND SUPPORTING DECLARATION

SF/21631289.1