M. Laurence Popofsky (CA State Bar No. 33946)
Stephen V. Bomse (CA State Bar No. 40686)
Heather N. Leal (CA State Bar No. 184232)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

Robert L. Stolebarger (CA State Bar No. 230495)
Richard J. Mooney (CA State Bar No. 176486)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL PORTIONS OF VISA'S OPPOSITION TO MOTION FOR LEAVE TO AMEND COUNTERCLAIMS AND TO ADD THIRD PARTY CLAIMANT; EXHIBITS TO THE DECLARATION OF ROBERT STOLEBARGER IN SUPPORT THEREOF<br><br>Date:    TBA<br>Time:    TBA<br>Crtrm: 2, 17th Floor<br>Before the Honorable Jeffrey S. White |
| AND RELATED COUNTERCLAIM. | |

#12925 v1

1    For the reasons set forth in Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s

2   Miscellaneous Administrative Request to Seal Documents, and pursuant to Civil Local Rules 7-10

3   and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

4    IT IS HEREBY ORDERED that the Administrative Request To Seal Confidential Portions of

5   Visa's Opposition To Motion For Leave To Amend Counterclaims And To Add Third Party

6   Claimant; Exhibits To The Declaration of Robert Stolebarger In Support Thereof are to be filed

7   under seal with this Court, and are hereby ORDERED Sealed.

8

9

10  Dated: _____August 26_____, 2005      _____

11                                          The Honorable Jeffrey S White

12                                          United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#12925 v1