1   BINGHAM McCUTCHEN LLP
    GERALDINE M. ALEXIS (SBN 213341)
2   BETH H. PARKER (SBN 104773)
    FRANK M. HINMAN (SBN 157402)
3   DAVID P. CHIAPPETTA (SBN 172099)
    JASON A. YURASEK (SBN 202131)
4   SUSAN J. WELCH (SBN 232620)
    Three Embarcadero Center
5   San Francisco, California  94111-4067
    Telephone: 415.393.2000
6   Facsimile:  415.393.2286

7   Attorneys for Defendants and Counterclaimants
    FIRST DATA CORPORATION, FIRST DATA
8   RESOURCES INC. AND FIRST DATA MERCHANT
    SERVICES CORPORATION

9

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  VISA U.S.A.  INC., a Delaware corporation,      No.  C 02-1786 JSW (EMC)

16              Plaintiff,                          [PROPOSED] ORDER GRANTING
                                                    ADMINISTRATIVE REQUEST TO
17       v.                                         FILE UNDER SEAL PORTIONS OF
                                                    FIRST DATA'S REPLY TO VISA'S
18  FIRST DATA CORPORATION, a Delaware              OPPOSITION TO MOTION FOR
    corporation; FIRST DATA RESOURCES INC., a       LEAVE TO FILE SECOND
19  Delaware corporation, AND FIRST DATA            AMENDED COUNTERCLAIMS AND
    MERCHANT SERVICES CORPORATION, a                FOR PERMISSIVE JOINDER OF
20  Florida Corporation,                            UMS AS COUNTERCLAIMANT
                                                    AND SUPPORTING
21              Defendants.                         DECLARATIONS

22  AND RELATED COUNTERCLAIMS.                      The Honorable Jeffrey S. White
                                                    Date:       TBA
23                                                  Time:       TBA
                                                    Location:   Courtroom 2, 17th Floor
24

25

26

1    The Court considered the unopposed *Administrative Request to File Under Seal*

2    *Portions Of First Data's Reply to Visa's Opposition to Motion for Leave to File Second*

3    *Amended Counterclaims and for Permissive Joinder of UMS as Counterclaimant* and the

4    *Declaration of Susan J. Welch* in support thereof.  For good cause appearing:

5        IT IS HEREBY ORDERED that the Administrative Request is GRANTED.  *First*

6    *Data's Reply to Visa's Opposition to Motion for Leave to File Second Amended Counterclaims*

7    *and for Permissive Joinder of UMS as Counterclaimant* and the *Declarations of Beth H. Parker*

8    and  *Steven Goldsberry* in support thereof shall be filed under seal.

9

10   DATED:  September 6, 2005

11

12

13   _____

14   Honorable Jeffrey S. White
     United States District Judge
15   Northern District of California

     by Hon. Phyllis J. Hamilton
16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S
REPLY TO VISA'S OPP.  TO MOTION FOR LEAVE TO FILE SACC AND FOR PERMISSIVE JOINDER OF UMS AS
COUNTERCLAIMANT AND SUPPORTING DECLARATIONS
SF/21633554.1