```
 1  M. Laurence Popofsky (CA State Bar No. 33946)
    Stephen V. Bomse (CA State Bar No. 40686)
 2  Heather N. Leal (CA State Bar No. 184232)
    HELLER EHRMAN WHITE & McAULIFFE LLP
 3  333 Bush Street
 4  San Francisco, CA 94104-2878
    Telephone:    (415) 772-6000
 5  Facsimile:    (415) 772-6268

 6
    Robert L. Stolebarger (CA State Bar No. 230495)
 7  Richard J. Mooney (CA State Bar No. 176486)
    Adam Brezine (CA State Bar No. 220852)
 8  HOLME ROBERTS & OWEN LLP
 9  One Maritime Plaza, Suite 2400A
    San Francisco, CA  94111-3404
10  Telephone:  (415) 268-2000
    Facsimile:   (415) 268-1999
11
    Attorneys for Plaintiff and Counter-Defendant
12  VISA U.S.A. INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL PORTIONS OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR "CO-BRANDING" DISCOVERY AND DOCUMENTS; EXHIBITS TO THE DECLARATION OF ADAM BREZINE IN SUPPORT THEREOF<br><br>Date: September 28, 2005<br>Time: 10:30 a.m.<br>Crtrm: C, 15th Floor<br>Judge: Hon. Edward M. Chen |

1  For the reasons set forth in Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s
2  Miscellaneous Administrative Request to Seal Documents, and pursuant to Civil Local Rules 7-10
3  and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,
4  IT IS HEREBY ORDERED that the Administrative Request To Seal Confidential Portions of
5  Visa's Opposition To First Data's Motion For "Co-Branding" Discovery And Documents; Exhibits To The
6  Declaration of Adam Brezine In Support Thereof are to be filed under seal with this Court, and are
7  hereby ORDERED Sealed.
8  This order disposes of Docket No. 982.

Dated: September 27, 2005

The Honorable Edward M. Chen
United States ~~District Court~~ Magistrate Judge