UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISA U.S.A., INC.,

    Plaintiff,

v.

FIRST DATA CORPORATION, *et al.*,

    Defendants.

No. C-02-1786 JSW (EMC)

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH DISCOVERY OBLIGATIONS (Docket No. 967)**

    First Data has filed a motion asking the Court to compel Visa to produce certain discovery related to co-branded agreements. Having considered the parties' briefs and accompanying submissions, the Court hereby orders as follows.

## I. DISCUSSION

A. <u>All Evidence in Support of Visa's Defense Regarding Co-branded Agreements</u>

    Visa argues that this issue is moot because the parties have already agreed that initial disclosures will be supplemented. However, Visa is not willing to produce documents until after the summary judgment briefing is complete. The Court orders that documents be produced by October 14, 2005.

B. <u>Deposition of Ms. Beidler and Documents Responsive to Previously Served Document Requests from Files of Ms. Beidler</u>

    Visa argues that the deposition of Ms. Beidler is not necessary because it is willing to produce a 30(b)(6) witness on co-branding agreements. However, because Visa's experts relied on Ms. Beidler as a source of information, the Court shall allow her deposition to proceed.

1   As for documents in Ms. Beidler's files, the Court shall not limit the search to documents responsive to RFPs Nos. 135 and 136 only.  On the other hand, First Data has not identified which document requests out of the hundreds that have been served are relevant.  The parties should further meet and confer to determine the scope of the search for documents.  Documents should be produced by October 14, 2005, unless otherwise stipulated.

C.   30(b)(6) Deposition Regarding Co-branded Agreements and Bilateral Agreements

First Data seeks a 30(b)(6) witness on co-branded and bilateral agreements to the extent Ms. Beidler is not the appropriate witness.  Because the Court has ordered that Ms. Beidler be subject to deposition, it shall defer the question as to whether a 30(b)(6) deposition is necessary.  The parties should meet and confer to determine whether Ms. Beidler's deposition should also be considered a 30(b)(6) deposition on the subject of co-branded and bilateral agreements.

D.   All Documents Responsive to RFPs Nos. 135 and 136

Visa asserts that it has no documents responsive to RFP No. 135.  Visa should serve a declaration on First Data, stating such.

As for RFP No. 136, Visa states that it will produce responsive documents.  Those documents should be produced by October 14, 2005.

E.   Production of Co-branded Agreements from Third-party Banks

Visa claims that it does not have any co-branded agreements in its possession, custody, or control.  Visa should serve a declaration on First Data, stating such.

///
///
///
///
///
///
///
///
///

United States District Court
For the Northern District of California

## II. <u>CONCLUSION</u>

For the foregoing reasons, the Court grants First Data's motion to compel. The Court also orders that the parties file a joint letter, reporting on the results of their meet and confer, by October 3, 2005.

This order disposes of Docket No. 967.

IT IS SO ORDERED.

Dated: September 28, 2005

                                            EDWARD M. CHEN
United States Magistrate Judge