M. Laurence Popofsky (CA State Bar No. 33946)
Stephen V. Bomse (CA State Bar No. 40686)
Heather N. Leal (CA State Bar No. 184232)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:     (415) 772-6000
Facsimile:     (415) 772-6268

Robert L. Stolebarger (CA State Bar No. 230495)
Richard J. Mooney (CA State Bar No. 176486)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br><br>STIPULATION FOR BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT<br><br>Crtrm:  2, 17th Floor<br>Judge:  Hon. Jeffrey S. White |

1

STIPULATION FOR BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW

#13377 v1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the briefing schedule for the parties' respective Motions for Summary Judgment to be heard on December 9, 2005 shall be as follows:

1. Opening briefs due Tuesday, Oct. 18th;
2. Opposition briefs due Tuesday, Nov. 8th; and
3. Reply briefs due Tuesday, Nov. 22nd.

DATED: October 4, 2005

/s/
_____
Robert L. Stolebarger
HOLME ROBERTS & OWEN LLP
Attorneys for Plaintiff

DATED: October 4, 2005

/s/
_____
[approval granted to sign on behalf of]
Beth H. Parker
BINGHAM MCCUTCHEN
Attorneys for Defendants

**IT IS SO ORDERED:**

Dated: October 5, 2005

*[signature: Jeffrey S. White]*
_____
Hon. Jeffrey S. White
United States District Court Judge