M. Laurence Popofsky (CA State Bar No. 33946)
Stephen V. Bomse (CA State Bar No. 40686)
Heather N. Leal (CA State Bar No. 184232)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:  (415) 772-6000
Facsimile:  (415) 772-6268

Robert L. Stolebarger (CA State Bar No. 230495)
Richard J. Mooney (CA State Bar No. 176486)
Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br><br>STIPULATION OF DISMISSAL OF VISA U.S.A., INC'S TRADEMARK DILUTION CLAIM AND ~~[PROPOSED]~~ ORDER OF DISMISSAL OF CLAIM WITHOUT PREJUDICE<br><br>Crtrm:  2, 17th Floor<br>Judge:  Hon. Jeffrey S. White |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Visa U.S.A., Inc.'s third cause of action for federal trademark dilution under the Lanham Act, 15 U.S.C.§ 1125(c), as set forth in the First Amended Complaint in the above-captioned matter be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

DATED: October 4, 2005

/s/
_____
Robert L. Stolebarger
HOLME ROBERTS & OWEN LLP
Attorneys for Plaintiff

DATED: October 4, 2005

/s/
_____
[approval granted to sign on behalf of]
Beth H. Parker
BINGHAM MCCUTCHEN
Attorneys for Defendants

**IT IS SO ORDERED:**

Dated: October 5, 2005

_____
Hon. Jeffrey S. White
United States District Court Judge

---

1
STIPULATION OF DISMISSAL OF TRADEMARK DILUTION CLAIM
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW

#13409 v1