| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773) |
| | FRANK M. HINMAN (SBN 157402) |
| 3 | DAVID P. CHIAPPETTA (SBN 172099) |
| | JASON A. YURASEK (SBN 202131) |
| 4 | SUJAL J. SHAH (SBN 215230) |
| | Three Embarcadero Center |
| 5 | San Francisco, California 94111-4067 |
| | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Attorneys for Defendants and Counterclaimants |
| | FIRST DATA CORPORATION, FIRST DATA |
| 8 | RESOURCES INC., FIRST DATA MERCHANT |
| | SERVICES CORPORATION, and UNIFIED |
| 9 | MERCHANT SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation, | No. C 02-1786 JSW (EMC) |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION REGARDING FURTHER DISCOVERY PROMPTED BY FILING OF SECOND AMENDED COUNTERCLAIMS AND SUPPORTING DECLARATION |
| v. | |
| FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES INC., a Delaware corporation, FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, and UNIFIED MERCHANT SERVICES, a Georgia general partnership, | |
| Defendants. | |
| | The Honorable Edward M. Chen |
| AND RELATED COUNTERCLAIMS. | Date:     TBD |
| | Time:     TBD |
| | Location: Courtroom C, 15th Floor |

Case No. C 02-1786 JSW (EMC)
[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPP. TO VISA'S MOT. REGARDING FURTHER DISCOVERY PROMPTED BY THE FILING OF SECOND AMENDED COUNTERCLAIMS AND SUPPORTING DECLARATION

1    The Court considered the unopposed *Administrative Request to File Under Seal
2    Portions Of First Data's Opposition to Visa's Motion Regarding Further Discovery Prompted by
3    the Filing of Second Amended Counterclaims* and the *Declaration of Sujal J. Shah* in support
4    thereof. For good cause appearing:

5    IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First
6    Data's Opposition to Visa's Motion Regarding Further Discovery Prompted by the Filing of
7    Second Amended Counterclaims* and the *Declaration of Sujal J. Shah* in support thereof shall be
8    filed under seal.

10    DATED:    October 12, 2005

Honorable
United States Magistrate Judge
Northern District of California

Judge Edward M. Chen

1   Case No. C 02-1786 JSW (EMC)

[[PROPOSED] ORDER GRANTING ADMIN. REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPP.
TO VISA'S MOT. REGARDING FURTHER DISCOVERY PROMPTED BY THE FILING OF SECOND AMENDED
COUNTERCLAIMS AND SUPPORTING DECLARATION

C:\Documents and Settings\parkerjk\Local Settings\Temporary Internet Files\OLK2A\10_11_05 PROPOSED ORDER granting request to file under seal.DOC
SF/21633554.1