UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES INC., a Delaware corporation, FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, and UNIFIED MERCHANT SERVICES, a Georgia general partnership,<br><br>Defendants. | No. C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR SUMMARY JUDGMENT; AND SUPPORTING DECLARATION** |
| AND RELATED COUNTERCLAIMS. | |

Case No. C 02-1786 JSW (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST
DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR SUMMARY JUDGMENT;
AND SUPPORTING DECLARATION

SF/21640276.1

1  This matter came before the Court on First Data Corporation, First Data
2  Resources Inc., First Data Merchant Services Corporation, and Unified Merchant Services'
3  (collectively "First Data") unopposed Administrative Request to File Under Seal Portions Of
4  First Data's Motion for Partial Summary Judgment and for Summary Judgment; and Supporting
5  Declaration.  For good cause appearing:
6  IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First
7  Data's Motion for Partial Summary Judgment Denying Visa's Single Entity Affirmative Defense
8  and for Summary Judgment Dismissing Visa's Remaining Claims*, and the *Exhibits A through D
9  to the Declaration of Aaron Schur in Support of First Data's Motion for Partial Summary
10 Judgment and for Summary Judgment* shall be filed under seal.
11 IT IS SO ORDERED.

DATED: October 19, 2005

_____
Honorable Jeffery S. White
United States District Court Judge
Northern District of California

Case No. C 02-1786 JSW (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST
DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR SUMMARY JUDGMENT;
AND SUPPORTING DECLARATION

SF/21640276.1