| | |
|---|---|
| 1 | M. Laurence Popofsky (CA State Bar No. 33946) |
| 2 | Stephen V. Bomse (CA State Bar No. 40686) |
| | Heather N. Leal (CA State Bar No. 184232) |
| 3 | HELLER EHRMAN WHITE & McAULIFFE LLP |
| | 333 Bush Street |
| 4 | San Francisco, CA 94104-2878 |
| | Telephone:    (415) 772-6000 |
| 5 | Facsimile:     (415) 772-6268 |
| 6 | |
| | Robert L. Stolebarger (CA State Bar No. 230495) |
| 7 | Richard J. Mooney (CA State Bar No. 176486) |
| | Adam Brezine (CA State Bar No. 220852) |
| 8 | HOLME ROBERTS & OWEN LLP |
| 9 | One Maritime Plaza, Suite 2400A |
| | San Francisco, CA  94111-3404 |
| 10 | Telephone:   (415) 268-2000 |
| | Facsimile:    (415) 268-1999 |
| 11 | |
| | Attorneys for Plaintiff and Counter-Defendant |
| 12 | VISA U.S.A. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL CONFIDENTIAL PORTIONS OF VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT; BRIEF IN SUPPORT; EXHIBITS TO THE DECLARATION OF RICHARD J. MOONEY IN SUPPORT THEREOF<br><br>Date:    December 9, 2005<br>Time:   9:00 a.m.<br>Crtrm: 2, 17th Floor (Judge White) |

For the reasons set forth in Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s Miscellaneous Administrative Request to Seal Documents, and pursuant to Civil Local Rules 7-10 and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

IT IS HEREBY ORDERED that the Administrative Request To Seal Confidential Portions of Visa's Motion for Partial Summary Judgment; Brief in Support; Exhibits To The Declaration of Richard J. Mooney In Support Thereof are to be filed under seal with this Court, and are hereby ORDERED Sealed.

Dated: October 19, 2005

*Jeffrey S. White*

The Honorable Edward M. Chen

United States District Court Judge