M. Laurence Popofsky (CA State Bar No. 33946)
Stephen V. Bomse (CA State Bar No. 40686)
Marie L. Fiala (CA State Bar No. 79676)
Heather N. Leal (CA State Bar No. 184232)
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:   (415) 772-6268

Robert L. Stolebarger (CA State Bar No. 230495)
Richard J. Mooney (CA State Bar No. 176486)
HOLME ROBERTS & OWEN LLP
One Maritime Plaza, Suite 2400A
San Francisco, CA  94111-3404
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999

Attorneys for Plaintiff and Counter-Defendant
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 02-1786 JSW EMC<br><br>**E-FILING**<br>[~~PROPOSED~~] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT, CONFIDENTIAL EXHIBITS C, D, F, G-N, P-Z, BB AND CC TO DECLARATION OF RICHARD J. MOONEY IN SUPPORT OF VISA'S OPPOSITION TO FIRST DATA'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5, AND THIRD AMENDED PROTECTIVE ORDER, AND CONFIDENTIAL EXHIBITS 2-4 TO DECLARATION OF BENJAMIN KLEIN, PH.D. IN SUPPORT THEREOF<br><br>Date: December 9, 2005<br>Time: 9:00 a.m.<br> Crtrm: 2, 17th Floor<br>(Judge White) |

[~~PROPOSED~~] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#13858 v1

1  For the reasons set forth in Defendant and Counterclaimant Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s Miscellaneous Administrative Request to Seal, and pursuant to Civil Local Rules 7-10 and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

IT IS HEREBY ORDERED that the brief, Confidential Exhibits C, D, F, G-N, P-Z, BB and CC to the Declaration of Richard J. Mooney, and Confidential Exhibits 2-4 to the Declaration of Benjamin Klein, PH.D. are to be filed under seal with this Court, and are hereby ORDERED Sealed.

Dated: November 9, 2005

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
United States District Court Judge

---

1

[PROPOSED] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#13858 v1