

BINGHAM McCUTCHEN LLP
GERALDINE M. ALEXIS (SBN 213341)
BETH H. PARKER (SBN 104773)
FRANK M. HINMAN (SBN 157402)
DAVID P. CHIAPPETTA (SBN 172099)
JASON YURASEK (SBN 202131)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants and Counterclaimants
FIRST DATA CORPORATION, FIRST DATA RESOURCES INC. AND FIRST DATA MERCHANT SERVICES CORPORATION.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VISA U.S.A. INC., a Delaware corporation,

Plaintiff,

v.

FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation,

Defendants.

AND RELATED COUNTERCLAIMS.

No. C 02-1786 JSW (EMC)

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS**

Date: December 9, 2005
Time: 9:00 a.m.
Place: Courtroom 2, 17th Floor
Judge: Honorable Jeffrey S. White
Trial Date: None

No. C 02-1786 JSW (EMC)

~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS

SF/21624645.1

The Court considered the unopposed *Administrative Request to File Under Seal Portions of First Data's Opposition to Visa's Motion for Partial Summary Judgment and Supporting Declarations*. For good cause appearing:

IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First Data's Opposition to Visa's Motion for Partial Summary Judgment*, and the *Declarations of Sujal J. Shah, Aaron Edlin, Ph.D., and Jerry Hausman, Ph.D. in Support of First Data's Opposition to Visa's Motion for Partial Summary Judgment* shall be filed under seal.

DATED: November 9, 1005

Hon. Jeffrey S. White
United States District Court Judge

2

Case No. C 02-1786 JSW (EMC)

~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S OPPOSITION TO VISA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS

SF/21642643.1