```
 1  BINGHAM McCUTCHEN LLP
    GERALDINE M. ALEXIS (SBN 213341)
 2  BETH H. PARKER (SBN 104773)
    FRANK M. HINMAN (SBN 157402)
 3  DAVID P. CHIAPPETTA (SBN 172099)
    JASON YURASEK (SBN 202131)
 4  Three Embarcadero Center
    San Francisco, California  94111-4067
 5  Telephone:  415.393.2000
    Facsimile:  415.393.2286
 6
 7  Attorneys for Defendants and Counterclaimants
    FIRST DATA CORPORATION, FIRST DATA
 8  RESOURCES INC., FIRST DATA MERCHANT
    SERVICES CORPORATION, and UNIFIED
 9  MERCHANT SERVICES
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES INC., a Delaware corporation, FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, and UNIFIED MERCHANT SERVICES, a Georgia general partnership,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.  C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF FIRST DATA'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT DENYING VISA'S SINGLE ENTITY AFFIRMATIVE DEFENSE; AND FOR SUMMARY JUDGMENT ON VISA'S REMAINING CLAIMS**<br><br>Date:       December 9, 2005<br>Time:       9:00 a.m.<br>Place:      Courtroom 2, 17th Floor<br>Judge:      Honorable Jeffrey S. White<br>Trial Date: None |

No.  C 02-1786 JSW (EMC)

1  The Court considered the unopposed *Administrative Request to File Under Seal Portions of First Data's Reply Brief In Support of its Motion For Partial Summary Judgment Denying Visa's Single Entity Defense; and Summary Judgment on Visa's Remaining Claims*.

4  For good cause appearing:

5  IT IS HEREBY ORDERED that the Administrative Request is GRANTED. *First Data's Reply Brief In Support of its Motion For Partial Summary Judgment Denying Visa's Single Entity Defense; and Summary Judgment on Visa's Remaining Claims* shall be filed under seal.

DATED: November 23, 2005

_____
Hon. Jeffrey S. White
United States District Court Judge