1  M. Laurence Popofsky (CA State Bar No. 33946)
2  Stephen V. Bomse (CA State Bar No. 40686)
   Marie L. Fiala (CA State Bar No. 79676)
3  Heather N. Leal (CA State Bar No. 184232)
   HELLER EHRMAN WHITE & McAULIFFE LLP
4  333 Bush Street
   San Francisco, CA 94104-2878
5  Telephone:   (415) 772-6000
6  Facsimile:   (415) 772-6268

7  Robert L. Stolebarger (CA State Bar No. 230495)
   Richard J. Mooney (CA State Bar No. 176486)
8  HOLME ROBERTS & OWEN LLP
9  One Maritime Plaza, Suite 2400A
   San Francisco, CA  94111-3404
10 Telephone:  (415) 268-2000
   Facsimile:   (415) 268-1999
11
   Attorneys for Plaintiff and Counter-Defendant
12 VISA U.S.A. INC.

13

14                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
15                           SAN FRANCISCO DIVISION

16

17 VISA U.S.A. INC., a Delaware corporation,    | CASE NO. C 02-1786 JSW EMC
                Plaintiff,
18                                              | **E-FILING**
       v.                                       | [~~PROPOSED~~] ORDER RE MISCELLANEOUS
19                                              | ADMINISTRATIVE REQUEST TO SEAL VISA'S
20 FIRST DATA CORPORATION, a Delaware           | REPLY IN SUPPORT VISA'S MOTION FOR
   corporation, FIRST DATA RESOURCES, INC.,     | PARTIAL SUMMARY JUDGMENT,
21 a Delaware corporation, and FIRST DATA       | CONFIDENTIAL EXHIBITS A,B AND C TO
   MERCHANT SERVICES CORPORATION, a             | DECLARATION OF RICHARD J. MOONEY IN
22 Florida corporation,                         | SUPPORT, PURSUANT TO CIVIL LOCAL
                                                | RULES 7-10 AND 79-5, AND THIRD AMENDED
23              Defendants.                     | PROTECTIVE ORDER
24                                              | Date: December 9, 2005
                                                | Time: 9:00 a.m.
25                                              |  Crtrm: 2, 17th Floor
                                                | (Judge White)
26 AND RELATED COUNTERCLAIM.

27

28

---

[~~PROPOSED~~] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#14010 v1

For the reasons set forth in Defendant and Counterclaimant Plaintiff and Counter-Defendant VISA U.S.A., Inc.'s Miscellaneous Administrative Request to Seal, and pursuant to Civil Local Rules 7-10 and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

IT IS HEREBY ORDERED that the reply brief and Confidential Exhibits A, B and C to the Declaration of Richard J. Mooney are to be filed under seal with this Court, and are hereby ORDERED Sealed.

Dated: November 28, 2005

*[signature]*
The Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER RE MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#14010 v1