UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A., INC., | No. C-02-1786 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PARTIES' LETTERS OF DECEMBER 16, 2005 AND SETTING HEARING** |
| FIRST DATA CORPORATION, *et al.*, | |
| Defendants. | (Docket Nos. 1102 and 1103) |

On December 16, 2005, First Data filed a letter brief with the Court regarding a discovery dispute about evidence in support of Visa's defense regarding co-branding agreements. *See* Docket No. 1102. Visa filed a letter brief in response later that day, raising a dispute about discovery related to First Data's Second Amended Counterclaims. *See* Docket No. 1103. First Data submitted a reply letter brief on December 20, 2005, referring to portions of the transcript of the December 9, 2005 hearing on the motions for summary judgment; Visa responded by its letter dated December 21, 2005. *See* Docket Nos. 1104 and 1105. The parties have requested a hearing before the Court on these discovery disputes.

The parties have indicated that they have met and conferred and may reach further agreement. The Court instructs the parties to continue their meet-and-confer efforts and to file a

//
//
//
//

joint letter with the Court, no later than January 6, 2006, providing an update on any outstanding disputes. The parties will then be heard on the disputes by this Court on **January 11, 2006, at 3 p.m.**

　　　　IT IS SO ORDERED.

Dated: December 22, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

2