UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISA U.S.A., INC.,

        Plaintiff,

   v.

FIRST DATA CORPORATION, *et al.*,

        Defendants.
_____/

No. C-02-1786 JSW (EMC)

**ORDER GRANTING MOTIONS TO COMPEL**

**(Docket Nos. 1102 and 1103)**

       The parties' discovery disputes brought to this Court via letter briefs were heard on January 12, 2006. Having considered the papers filed in support of and in opposition to the motions to compel brought by First Data and Visa, the argument of counsel, and good cause appearing therefor, for the reasons stated on the record in open court, the Court hereby orders as follows.

       First Data's motion to compel discovery is GRANTED. Visa shall continue to produce: (1) all of the 65 co-brand agreements it has in its possession; and (2) all documents responsive to the nine categories listed in the joint October 3, 2005 letter to the Court found in 18 incentive agreement files (six of which have been identified, 12 more which will be identified by First Data), including the incentive agreement and documents reflecting negotiations leading thereto. The parties reserve their rights to seek or oppose production of additional files after these files have been reviewed and the deposition of Ms. Beidler is taken. Ms. Beidler's deposition shall proceed on January 18, 2006 unless mutually agreed to be rescheduled. Ms. Beidler's deposition shall not preclude First Data from taking a 30(b)(6) deposition.

Visa's motion to compel a 30(b)(6) deposition in bilateral interchange agreements is GRANTED. First Data shall be given ample time within which to prepare a 30(b)(6) witness taking into account the recent change in First Data management personnel.

IT IS SO ORDERED.

Dated: January 12, 2006

EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California