| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>GERALDINE M. ALEXIS (SBN 213341) |
| 2 | BETH H. PARKER (SBN 104773)<br>FRANK M. HINMAN (SBN 157402) |
| 3 | DAVID P. CHIAPPETTA (SBN 172099)<br>JASON YURASEK (SBN 202131) |
| 4 | Three Embarcadero Center<br>San Francisco, California 94111-4067 |
| 5 | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 6 | |
| 7 | Attorneys for Defendants and Counterclaimants<br>FIRST DATA CORPORATION, FIRST DATA<br>RESOURCES INC. AND FIRST DATA MERCHANT |
| 8 | SERVICES CORPORATION. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES INC., a Delaware corporation, AND FIRST DATA MERCHANT SERVICES CORPORATION, a Florida Corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. C 02-1786 JSW (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF SUJAL J. SHAH**<br><br>Judge: Honorable Jeffrey S. White<br>Trial Date: None |

No. C 02-1786 JSW (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL SUPPLEMENTAL
DECLARATION OF SUJAL J. SHAH

1       The Court considered the unopposed *Administrative Request to File Under Seal*
2 *the Supplemental Declaration of Sujal J. Shah*. For good cause appearing:
3       IT IS HEREBY ORDERED that the Administrative Request is GRANTED. The
4 *Supplemental Declaration of Sujal J. Shah* shall be filed under seal.

5
6 DATED: April 26, 2006           */s/ Jeffrey S. White*
                                     Hon. Jeffrey S. White
7                                      United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE TO FILE UNDER SEAL SUPPLEMENTAL DECLARATION OF SUJAL J. SHAH

SF/21642643.1