IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>  v.<br><br>FIRST DATA CORPORATION, a Delaware corporation; FIRST DATA RESOURCES, INC., a Delaware corporation; and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation,<br><br>    Defendants and Counterclaimants.<br>_____/ | No. C 02-01786 JSW<br><br>**ORDER REGARDING SECOND MISCELLANEOUS ADMINISTRATIVE REQUEST** |

Pursuant to the miscellaneous administrative request, filed under seal on May 16, 2006, the parties are relieved from the obligation to schedule further mediation before Judge Eugene F. Lynch within the next 30 days as required by this Court's Order dated May 12, 2006.

**IT IS SO ORDERED.**

Dated: May 17, 2006

                                                              JEFFREY S. WHITE<br>
                                                              UNITED STATES DISTRICT JUDGE