| | |
|---|---|
| 1 | M. Laurence Popofsky (CA State Bar No. 33946) |
| 2 | Stephen V. Bomse (CA State Bar No. 40686) |
| | HELLER EHRMAN WHITE & McAULIFFE LLP |
| 3 | 333 Bush Street |
| | San Francisco, CA 94104-2878 |
| 4 | Telephone:    (415) 772-6000 |
| 5 | Facsimile:    (415) 772-6268 |
| 6 | Robert L. Stolebarger (CA State Bar No. 230495) |
| 7 | Richard J. Mooney (CA State Bar No. 176486) |
| | Adam Brezine (CA State Bar No. 220852) |
| 8 | HOLME ROBERTS & OWEN LLP |
| | 560 Mission St., 25th Floor |
| 9 | San Francisco, CA  94105 |
| | Telephone:  (415) 268-2000 |
| 10 | Facsimile:   (415) 268-1999 |
| 11 | Attorneys for VISA U.S.A. INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISA U.S.A. INC., a Delaware corporation, | CASE NO. C 02-1786 JSW EMC |
| Plaintiff, | **E-FILING** |
| v. | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE SECOND ADMINISTRATIVE REQUEST DATED JUNE 15, 2006 UNDER SEAL |
| FIRST DATA CORPORATION, a Delaware corporation, FIRST DATA RESOURCES, INC., a Delaware corporation, and FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation, | |
| Defendants. | Date:    none |
| | Time:   none |
| | Crtrm:  2, 17th Floor |
| | Before the Honorable Jeffrey S. White |
| AND RELATED COUNTERCLAIM. | |

---

[PROPOSED] ORDER
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#12925 v1

For the reasons set forth in VISA U.S.A., Inc.'s Miscellaneous Administrative Request to File Second Administrative Request Dated June 15, 2006 Under Seal, and pursuant to Civil Local Rules 7-10 and 79-5, and the March 29, 2005 Third Amended Protective Order entered in this matter,

IT IS HEREBY ORDERED that the Second Administrative Request Dated June 15, 2006 is to be filed under seal with this Court, and is hereby ORDERED sealed.

Dated: __June 16__, 2006

_____
The Honorable Jeffrey S White
United States District Court Judge

---

1
[PROPOSED] ORDER
*Visa U.S.A. Inc. v. First Data Corporation, et al.*, C02-1786 JSW EMC

#12925 v1